IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHRYN MULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1452-G-BH |
| WALMART STORES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. The plaintiff's Statement of Inability to Afford Payment of Court Costs or Appeal Bond, filed June 30, 2023 (docket entry 4), is **DENIED**. The case will be dismissed by separate judgment.

**SO ORDERED**.

August 29, 2023.

*(signature: A. Joe Fish)*

**A. JOE FISH**
**Senior United States District Judge**

---

[*] No objections were filed.